RECEIVED

JUN 0 5 2018

United States District Court
Southern District of Texas
FILED

U.S. Probation Office
Houston, Texas



**U.S. Department of Justice**

JUN 0 5 2018

Civil Rights Division
*Disability Rights Section*

David J. Bradley, Clerk of Court

# Title II of the Americans with Disabilities Act/
## Section 504 of the Rehabilitation Act of 1973
## Discrimination Complaint Form

**Instructions:** Please fill out this form completely, in black ink or type.  Sign and return to the address on page 3.

Complainant: *Retaliation, and cruel and unusual punishment - Gerald Gilbert*

Address: *3872 FM 350, S. Polunsky Unit, TDCJ-ID*

City, State and Zip Code: *Livingston, Texas 77351*

Telephone:   Home: _____

Business: _____

Person Discriminated Against: (if other than the complainant): _____

Address: _____

City, State, and Zip Code: _____

Telephone:  Home: _____

Business: _____

Government, or organization, or institution which you believe has discriminated:

Name: *State of Texas Texas Department of Criminal Justice*

Address: *3872 FM 350, S. Polunsky Unit*

County: *Polk*

City: *Livingston Tx 77351*

State and Zip Code: *Texas 77351*

Telephone Number: *936-967-8082*

When did the discrimination occur?   Date: *12-11-17 - 02-12-18 ʅ 4-25-18 - 5-31-18*

Describe the acts of discrimination providing the name(s) where possible of the individuals who discriminated (use space on page 3 if necessary): *The Unit Classifications Committee composed of: Mark Duff, Joy T. Runnels, and Stephanie L. Seek on 2 separate occasions threw me in Administration Segregation (Ad. Seg) in 11 bldg (Polunsky Unit's Jail) and subjected me to punishments set up for G4 and G5 offenders. because Medical- Mrs. Laurie Montgomery reinstated my permanent (00 designation) Single Cell only restriction, that was arbitrarily removed by a Courtroom*

Have efforts been made to resolve this complaint through the internal grievance procedure of the government, organization, or institution?

Yes_____          No __X__

If "yes" what is the status of the grievance? _____

Has the complaint been filed with another bureau of the Department of Justice or any other Federal, State, or local civil rights agency or court?

Yes __✔__          No __✗__

If "yes":

Agency or Court: *U.S. District Court Southern District Houston Division*

Contact Person: *David J. Bradley Clerk          Cause No. 4:14-CV-02785 et seq*

Address: *Physical: 515 Rusk St. • P.O. Box 61067*

City, State, and Zip Code: *Houston, Texas 77208-1207*

Telephone Number: *713-250-5500*

Date Filed: *May 28, 2018*

Do you intend to file with another agency or court?

Yes __✔__          No_____

Agency or Court: _____

Address: _____

City, State and Zip Code: _____

Telephone Number: _____

Additional space for answers: Continued from pg 2. NON-medical professional employee upon my arrival at Polunsky. Placed in Ad Seg under the pretext of Transient Overflow, or because they didn't know why medical placed a single cell only designator in my medical records. I was subjected to 57 days of torture, with extreme temperatures from freezing to boiling 108° or more. Conditions that at my age ~~of 67~~ 68 in August) in ill health and physically broken (spine) disabled could have caused my death. This was done the first time on 12·11·17 through 02·12·18. They are not suppose to have Transient Overflow or medical Chainin inmates in Ad Seg over 30 days, and they should not be ~~tortured~~ tortured and punished, i.e handcuff to take a shower at 7:Am only; handcuffed to go to Medical; served ice cold greasy food on stained trays like a dog; and provided half clean clothing. They placed me in 4E-49B single celled, for approx. 5wks in the worst cell on any POD. Next to the door of the adjacent Cell and under in E POD the Sports Tv. Constant traffic at the door and loud inmate and Tv noise. For some reason I was removed again and thrown in 11bldg 22 cell. I believe it was due to my exercising my first Amendment right against the Jordan Unit for the illegal search and seizure of all of my purchased receipted registered property. This time for 27 days. When I questioned the U.C.C. as to why they responded without a signature, GET THE SINGLE cell designator dropped". ~~~~ G2, SIII, Minimum custody inmate

Signature: _____

Date: 5·25·18

And on Wednesday May 02, 2018 a razor, unlike the 1"x ¼" razors we are given, was left in 22 cell during the shakedown search while I was locked away in a shower, so I wouldn't or couldn't see who did it. A razor in 11 bldg is a major disciplinary Case. I have not received a major disciplinary case in 14yrs and have no criminal history, and was wrongfully convicted by prosecutorial misconduct, to wit: Suppression of exculpatory evidence, and perjured testimony in a unilateral trial.

Return to:
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, N.W.
Disability Rights Section - NYAV
Washington, D.C. 20530

OMB No. 1190-0009 Exp. Date 07/31/2018

Reproduction of this document is encouraged.

cc: David J. Bradley, Clerk
U.S. District Court Southern District

Affidavit of Absent Applicant (Incarcerated individuals)

under federal law (28 U.S.C. §1746) and state law (V.T.C.A. Civil Practice & Remedies Code, 132.001-132.003) inmates incarcerated in Texas may use an unsworn declaration under penalty of perjury in place of a written declaration, verification, certification, oath, or affidavit sworn before a Notary Public

I, Gerald L. Gilbent #1,336,206, being presently incarcerated in Pol in Carcerated in Polk County, Texas declare under penalty of perjury that the foregoing is true and correct.

Executed on            25 May            18



Gerald Gilbert
# 836306  3C-5B
Polunsky Unit
3872 Fm 350 S.
Livingston, Tx 77351

LEGAL MAIL
Special
Correspondence

LEGAL MAIL

Special Correspondence

NORTH HOUSTON TX 773
31 MAY 2018 PM 7 L

Mr. David J. Bradley, Clerk
U.S. District Court
P.O. Box 61207
Houston, Tx 77208·1207

Not Probation —
THIS IS RE A
Civil CASE

U.S. Probation Office
Houston, Texas

JUN 05 2018
RECEIVED

77208-120707

USA
FOREVER