# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:18−cv−01913

Gilbert v. State of Texas Department of Criminal Justice
Assigned to: Judge Sim Lake
Cause: 28:1983 Civil Rights

Date Filed: 06/05/2018
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Gerald Gilbert**  represented by  **Gerald Gilbert**
1236206
TDCJ – Polunsky Unit
3872 RM 350, S.
Livingston, TX 77357
PRO SE

V.

**Defendant**

**State of Texas Department of Criminal Justice**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/05/2018 | 1 | Prisoner Civil Rights COMPLAINT against State of Texas Department of Criminal Justice (Filing fee $ 400) filed by Gerald Gilbert.(klopez, 7) (Entered: 06/11/2018) |
| 06/11/2018 | 2 | NOTICE to Pro Se Litigant of Case Opening. Party notified, filed. (klopez, 7) (Entered: 06/11/2018) |
| 06/12/2018 | 3 | ORDER TO TRANSFER CASE to Eastern District of Texas, Lufkin Division (Signed by Judge Sim Lake) Parties notified. (aboyd, 4) (Entered: 06/12/2018) |